U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 2 8 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-CR-00092 |
| | * | |
| VERSUS | * | 21 U.S.C. § 846 |
| | * | (Drug Conspiracy) |
| (01) DAVID SHANE ADKISON | * | 21 U.S.C. § 841(a)(1) |
| | * | (Possession of Methamphetamine with |
| (02) JENNIFER B. STEWART | * | Intent to Distribute) |
| | * | |
| (03) CHRISTOPHER A. KEMP | * | FORFEITURE |
| | * | |
| (04) RICKY J. DOYLE | * | |
| | * | |
| (05) JIMMY R. EZERNACK, Jr. | * | |
| | * | JUDGE Stagg |
| (06) NAESHA C. LOW | * | |
| | * | MAGISTRATE JUDGE HORNSBY |
| (07) ERIC M. JAMES | * | |
| | * | |
| (08) PAUL M. GARZA | * | |
| | * | |
| (09) ASHLEY M. HAMM | * | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

Beginning in or about June, 2011, and continuing until on or about March 1, 2012, in the Western District of Louisiana and elsewhere, the defendants, DAVID SHANE ADKISON, JENNIFER B. STEWART, CHRISTOPHER A. KEMP, RICKY J. DOYLE, JIMMY R. EZERNACK, Jr., NAESHA C. LOW, ERIC M. JAMES, PAUL M. GARZA, ASHLEY M. HAMM, and other persons known and unknown to the Grand Jury, did knowingly and

intentionally conspire and agree together to possess with the intent to distribute 50 grams and more of methamphetamine, and 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. [21 U.S.C. §§ 841(a)(1) and 846]

## COUNT 2

On or about September 9, 2011, in the Western District of Louisiana, the defendant, DAVID SHANE ADKISON, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). [21 U.S.C. § 841(a)(1)]

## COUNT 3

On or about September 20, 2011, in the Western District of Louisiana, the defendant, DAVID SHANE ADKISON, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). [21 U.S.C. § 841(a)(1)]

## COUNT 4

On or about October 27, 2011, in the Western District of Louisiana, the defendant, DAVID SHANE ADKISON, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). [21 U.S.C. § 841(a)(1)]

COUNT 5

On or about February 16, 2012, in the Western District of Louisiana, the defendant, DAVID SHANE ADKISON, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). [21 U.S.C. § 841(a)(1)]

COUNT 6

On or about February 2, 2012, in the Western District of Louisiana, the defendant, JENNIFER B. STEWART, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). [21 U.S.C. § 841(a)(1)]

COUNT 7

On or about February 29, 2012, in the Western District of Louisiana, the defendant, CHRISTOPHER A. KEMP, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). [21 U.S.C. § 841(a)(1)]

FORFEITURE NOTICE

A.  The allegations in all counts are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

B.  Upon conviction of the controlled substances offenses alleged in the Counts set forth

above of this Indictment, the defendants, DAVID SHANE ADKISON, JENNIFER B. STEWART, CHRISTOPHER A. KEMP, RICKY J. DOYLE, JIMMY R. EZERNACK, Jr., NAESHA C. LOW, ERIC M. JAMES, PAUL M. GARZA, and ASHLEY M. HAMM, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all of their interest in:

1. Any property consisting or derived from proceeds the defendant obtained directly or indirectly as the result of said violations; and

2. Any property used or intended to be used in any manner or part to commit or facilitate the commission of the aforementioned violations.

C. The property referred to in paragraph B above includes, but is not limited to, the following: cash money seized from these defendants by law enforcement officers on February 29, 2012, as follows:

1. $781 from CHRISTOPHER A. KEMP;

2. $1,995 total from RICKY J. DOYLE;

3. $605 from JIMMY R. EZERNACK, Jr.;

4. $1,342 from NAESHA C. LOW;

5. $1,220 from ERIC M. JAMES and PAUL M. GARZA;

6. $4,000 from ASHLEY M. HAMM;

7. Approximately $20,000 seized by the DEA on March 26, 2012, as drug proceeds from relatives of DAVID SHANE ADKISON.

D. By virtue of the offenses charged in this indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to Title 21, United States Code, Section 853.

E. If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendants:

1. cannot be located upon the exercise of due diligence;

2. has been transferred or sold to, or deposited with, a third person;

3. has been placed beyond the jurisdiction of the Court;

4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL:

*REDACTED*

STEPHANIE A. FINLEY
UNITED STATES ATTORNEY
WESTERN DISTRICT OF LOUISIANA

JAMES G. COWLES, Jr. (Bar No. 4516)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068
(318) 676-3600